No. 458. TEXAS *v.* ASHLEY ET AL. C. A. 5th Cir. Certiorari denied. *Carl E. F. Dally* for petitioner.

No. 459. JONES OIL CO. ET AL. *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL. Supreme Court of Oklahoma. Certiorari denied. *William J. Robinson* for petitioners. *Robert A. Hefner, Jr., Ferrill H. Rogers, Robert W. Richards, R. A. Huffman, Cecil Hamilton* and *C. B. Wallace* for respondents.

No. 460. O'BRIEN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *Henry D. O'Connor* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Melva M. Graney* and *L. W. Post* for respondent.

No. 462. HARRY ZUBIK CO., INC., *v.* RALPH. C. A. 3d Cir. Certiorari denied. *J. Vincent Burke, Jr.* for petitioner. *David Stahl* for respondent.

No. 464. IN RE MARKHAM. Supreme Court of North Carolina. Certiorari denied. *Samuel R. Pierce, Jr.* for petitioner. *Claude V. Jones* for the City of Durham, North Carolina, respondent.

No. 469. ABERNATHY *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Jay B. White* for petitioner. *John T. Corrigan* for respondent.

No. 472. VESSEL JUDITH LEE ROSE, INC., *v.* CHERMESINO, ADMINISTRATRIX. C. A. 1st Cir. Certiorari denied. *Solomon Sandler* for petitioner. *Melvin I. Bernstein* for respondent.